IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DYLAN J. TREVINO, A MINOR, SUING BY HIS NEXT FRIEND AND GUARDIAN, DIANA TREVINO, and DIANA TREVINO, INDIVIDUALLY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 1:10-cv-0115 JURY DEMAND |
| v. | ) ) | JUDGE HAYNES |
| BLITZ U.S.A., INC., | ) ) | |
| Defendant. | ) | |

## MOTION FOR PERMISSION TO FILE REPLY BRIEF OF DEFENDANT BLITZ U.S.A., INC.

**COMES NOW** the Defendant, Blitz U.S.A., Inc., and moves this Honorable Court, pursuant to Local Rule of Practice 7.01(b), for permission to file a Reply Memorandum. This Defendant initially filed a Motion for Partial Judgment on the Pleadings. Subsequently, Plaintiffs filed a Response to that Motion for Partial Judgment on the Pleadings. Now, Defendant Blitz U.S.A., Inc. would respectfully request that it be allowed to file a Reply Memorandum. A copy of that Memorandum is provided at Attachment 1 hereto.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ John R. Tarpley
John R. Tarpley, BPR # 9661
E-mail: jtarpley@lewisking.com
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
Phone: (615) 259-1366
Fax: (615) 259-1389