IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DYLAN J. TREVINO, A Minor Suing )
By his Next Friend and Guardian, DIANA )
TREVINO, and DIANA TREVINO, )
Individually, )
)
)
Plaintiffs, )
) No. 1:10-cv-00115
v. ) JUDGE HAYNES
)
BLITZ U.S.A., INC. )
)
Defendant. )
)

## ORDER

In accordance with the Memorandum filed herewith, Defendant's motion for partial judgment on the pleadings (Docket Entry No. 13) is **GRANTED**. Plaintiffs' loss of filial consortium and post-sale duty to warn claims are **DISMISSED**.

It is so **ORDERED**.

ENTERED this the ____ day of April, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge