IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DYLAN J. TREVINO, A MINOR, SUING BY HIS NEXT FRIEND AND GUARDIAN, DIANA TREVINO, and DIANA TREVINO, INDIVIDUALLY, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 1:10-cv-0115 JURY DEMAND |
| v. | ) ) | |
| BLITZ U.S.A., INC., | ) ) | |
| Defendant. | ) ) | |

*[Handwritten notation: "This motion is granted. [signature] 7-1-11"]*

## JOINT MOTION OF THE PARTIES CONCERNING THE MEETING OF COUNSEL AND PARTIES TO DISCUSS SETTLEMENT PROSPECTS

Previously, the Court issued a Case Management Order No. 1 on March 29, 2011 (Document No. 29). In that Order, the Court directed that ninety (90) days from the date of the initial case management conference, counsel and clients were required to meet face-to-face to discuss whether this case could be resolved without further discovery proceedings. Although counsel have attempted to schedule such a meeting, the conference has not yet been held. Counsel for the parties have discussed the conference, and would respectfully move the Court to extend the deadline to hold such a conference up to and including August 15, 2011. The parties have a tentative date and are coordinating the schedules of all of the necessary parties for the conference. Hence, the parties would respectfully request that the Case Management Order No. 1 be amended to allow the parties an additional period of time up to and including August 15, 2011 by which to conduct the initial conference. The parties would also represent that this short