IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, a minor, suing by his next friend and guardian, DIANA TREVINO, and DIANA TREVINO, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BLITZ U.S.A., INC.; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC, <br><br> Defendants. | Civil Action No: 1:10cv00115 <br> JUDGE HAYNES <br><br> JURY DEMANDED |

## STIPULATION FOR ENLARGEMENT OF TIME

The Parties hereby stipulate that all Defendants shall have through and including November 7, 2011, to move, answer, or otherwise respond to Plaintiff's First Amended Complaint for Damages. All parties agree that entering into this stipulation is without prejudice to any of their claims or defenses, including, without limitation, any defense based on lack of personal jurisdiction or proper service.

Respectfully submitted,

Hank Anderson (Texas Bar # 01220500)
Benton G. Ross (Texas Bar # 01220500)
**THE ANDERSON LAW FIRM**
4245 Kemp Blvd., Suite 810
Wichita Falls, TX 76308
(940) 691-7600 – Telephone
*Admitted Pro Hac Vice*

/s/ Randall L. Kinnard (#4714)
Daniel Clayton (#12600)
**KINNARD, CLAYTON & BEVERIDGE**
127 Woodmont Blvd.
Nashville, TN  37205
(615) 297-1007 – Telephone
(615) 297-1505 – Facsimile
*Attorneys for Plaintiffs*


Timothy P. Harkness (N.Y. Bar No. TH 9026)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
601 Lexington Avenue
New York, NY  10022
(212) 277-4000 – Telephone


/s/ Wallace W. Dietz
Wallace W. Dietz (#009949)
Wendy M. Warren (#021880)
**BASS, BERRY & SIMS, PLC**
150 Third Avenue South, Suite 2800
Nashville, TN  37201
(615) 742-6276 – Telephone
(615) 742-2776 – Facsimile
*Attorneys for Defendant Kinderhook Capital Fund II, L.P.*


/s/ Adrienne Hernandez
Adrienne Hernandez
Mark C. Hegarty
**SHOOK, HARDY & BACON**
2555 Grand Blvd.
Kansas City, MO  64108


John R. Tarpley
**LEWIS, KING, KRIEG & WALDROP, P.C.**
424 Church Street, Suite 2500
Nashville, TN  37219
*Attorneys for Defendant Blitz, U.S.A., Inc.*