| | |
|---|---|
| DYLAN J. TREVINO, a minor, suing by his next friend and guardian, DIANA TREVINO, and DIANA TREVINO, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BLITZ U.S.A., INC.; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC, <br><br> Defendants. | Civil Action No: 1:10cv00115 <br> JUDGE HAYNES <br><br> JURY DEMANDED |

*[Handwritten notation: "Granted. This motion is GRANTED. /s/ Will[iam J. Haynes] 10-16-11"]*

## MOTION FOR *PRO HAC VICE* ADMISSION OF TIMOTHY P. HARKNESS

Pursuant to Rule 83.01(d) of the Local Rules of Court for the United States District Court for the Middle District of Tennessee (the "Local Rules"), Wallace W. Dietz ("Movant"), a member of Bass, Berry & Sims PLC, a member in good standing of the Bar of the State of Tennessee and an attorney admitted to practice before the United States District Court for the Middle District of Tennessee, hereby moves the Court to enter an order admitting **Timothy P. Harkness**, attorney with the law firm of Freshfields Bruckhaus Deringer US LLP ("Freshfields Bruckhaus") (the "Admittee"), to practice *pro hac vice* before the United States District Court for the Middle District of Tennessee to represent Kinderhook Capital Fund II, L.P. ("Kinderhook"), a defendant in this action. In support of this motion, Movant relies on the Certification attached hereto as Exhibit A and states as follows: