# United States District Court

## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>      **TIMOTHY P. HARKNESS**      </u> , Bar # <u>      **TH9026**      </u>

was duly admitted to practice in this Court on

<u>      **JUNE 08th, 1999**      </u> , and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>   on   <u>      **OCTOBER 18th, 2011**      </u>

<u>      Ruby J. Krajick      </u>          by <u>  [signature]  </u>
Clerk                                              Deputy Clerk