# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing by his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually, | ) ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:10-CV-0115 |
| | ) JUDGE HAYNES |
| v. | ) JURY DEMAND |
| | ) |
| BLITZ USA, INC., | ) |
| | ) |

*[Handwritten annotation: Granted. This motion is granted. ~JC~ 10-25-11]*

## MOTION TO APPEAR PRO HAC VICE OF DAVID JONES

The undersigned counsel moves this Court for admittance *pro hac vice*, and in support thereof, the undersigned counsel states as follows:

1. As set forth in the Affidavit of David Jones, filed simultaneously herewith as Attachment A, Mr. Jones is a member in good standing of the United States District Court for the Northern District of Oklahoma. This is further reflected in the Certificate of Good Standing which is attached to the Affidavit as Exhibit 1. Mr. Jones is a member of the law firm Logan & Lowry, LLP, 102 East 3rd Street, Grove, Oklahoma 74345-2469, telephone 918-786-7511, facsimile 918-786-5687, email djones@loganlowry.com.

2. Mr. Jones is working in conjunction with John R. Tarpley and Mary Beth Haltom, members of the firm Lewis, King, Krieg & Waldrop, P.C., 424 Church Street, Suite 2500, Nashville, Tennessee 37219, telephone (615) 259-1366, facsimile (615) 259-1389, e-mail jtarpley@lewisking.com and mhaltom@lewisking.com, who are members of the bar of this Court and who will appear in conjunction with him in this case.