| | |
|---|---|
| DYLAN J. TREVINO, A MINOR, SUING BY HIS NEXT FRIEND AND GUARDIAN, DIANA TREVINO, and DIANA TREVINO, INDIVIDUALLY, | ) ) ) ) ) |
| Plaintiffs, | ) No.: 1:10-cv-0115 |
| | ) JURY DEMAND |
| v. | ) |
| | ) JUDGE HAYNES |
| BLITZ U.S.A., INC., LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned shall serve as counsel of records for the following Defendants:

1. LAM 2011 Holdings, LLC, formerly known as Blitz Holdings, LLC;

2. Blitz Acquisition Holdings, Inc.

3. Blitz Acquisition, LLC; and

4. Blitz RE Holdings, LLC.

The undersigned counsel have previously provided a Notice of Appearance on behalf of Blitz USA, Inc.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.

By: /s/ John R. Tarpley
 John R. Tarpley, BPR No. 9661
 jtarpley@lewisking.com
 David A. Changas, BPR No. 20679
 dchanges@lewisking.com
 Mary Beth Haltom, BPR No. 24462
 mhaltom@lewisking.com
 424 Church Street, Suite 2500
 P.O. Box 198615
 Nashville, TN 37219-8615
 Telephone: (615) 259-1366
 Facsimile: (615) 259-1389

SHOOK, HARDY & BACON LLP

By: /s/ Mark Hegarty
 Mark Hegarty, Esq.
 mhegarty@shb.com
 Adrienne Hernandez, Esq.
 ahernandez@shb.com
 Douglas S. Beck, Esq.
 dbeck@shb.com
 2555 Grand Boulevard
 Kansas City, MO 64108
 Telephone: (816) 559-2245
 Facsimile: (816) 421-5547

Attorneys for Defendants Blitz USA, Inc.; LAM 2011 Holdings, LLC, formerly known as Blitz Holdings, LLC; Blitz Acquisition Holdings, Inc.; Blitz Acquisition, LLC; and Blitz RE Holdings, LLC

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this the 28th day of October, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

  Wallace W. Dietz, Esq
  Wendy M. Warren, Esq.
  Bass, Berry & Sims, PLC
  150 Third Avenue South, Suite 2800
  Nashville, TN 37201

  Pamila Gudkov, Esq.
  Timothy P. Harkness, Esq.
  Freshfields Bruckhaus Deringer US, LLP
  601 Lexington Ave.
  New York, NY 10022

  Hank Anderson, Esq.
  Anderson Law Firm
  4245 Kemp Blvd.
  Suite 810, Wichita Falls, TX 76308

  Daniel L. Clayton, Esq.
  Randall L. Kinnard, Esq.
  Kinnard, Clayton & Beveridge
  127 Woodmont Boulevard
  Nashville, TN 37201;

            /s/ John R. Tarpley
            John R. Tarpley