IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, A MINOR, SUING BY HIS NEXT FRIEND AND GUARDIAN, DIANA TREVINO, and DIANA TREVINO, INDIVIDUALLY, Plaintiffs, v. BLITZ U.S.A., INC., LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC. Defendants. | No.: 1:10-cv-0115 JURY DEMAND JUDGE HAYNES |

## NOTICE OF PARTIES REGARDING COURT ORDERED CONFERENCE TO DISCUSS THE POTENTIAL OF SETTLEMENT

Previously, the Court directed the parties to schedule a face-to-face conference to discuss the possibility of an early resolution of this case. That conference was held. Participating for the Plaintiffs were Diana Trevino and Daniel Clayton, her counsel. Attending for the Defendant were James King, general counsel of Defendant Blitz USA, Inc., and John R. Tarpley, as its counsel. Each of the parties discussed their settlement positions. At the end of the conference, each of the parties concluded that the matter could not be resolved at this time. Specifically, the parties concluded that they would benefit from further discovery in this case. Likewise, the parties will continue to evaluate the case as it progress for settlement possiblities.

Respectfully submitted,

LEWIS, KING, KRIEG & WALDROP, P.C.


By: /s/ John R. Tarpley
    John R. Tarpley, BPR # 9661
    David A. Changas, BPR # 20679
    424 Church Street, Suite 2500
    P.O. Box 198615
    Nashville, TN 37219
    (615) 259-1366

Attorneys for Defendant Blitz USA, Inc.



ANDERSON LAW FIRM


By: /s/ Hank Anderson
    Hank Anderson, Esq.
    4245 Kemp Blvd., Suite 810
    Wichita Falls, TX 76308

KINNARD, CLAYTON & BEVERIDGE


By: /s/ Daniel L. Clayton
    Daniel L. Clayton, BPR # 12600
    Randall L. Kinnard, BPR # 4714
    127 Woodmont Boulevard
    Nashville, TN 37201

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 3rd day of November, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Wallace W. Dietz, Esq
      Wendy M. Warren, Esq.
      Bass, Berry & Sims, PLC
      150 Third Avenue South, Suite 2800
      Nashville, TN 37201

      Pamila Gudkov, Esq.
      Timothy P. Harkness, Esq.
      Freshfields Bruckhaus Deringer US, LLP
      601 Lexington Ave.
      New York, NY 10022

      Hank Anderson, Esq.
      Anderson Law Firm
      4245 Kemp Blvd.
      Suite 810, Wichita Falls, TX 76308

      Daniel L. Clayton, Esq.
      Randall L. Kinnard, Esq.
      Kinnard, Clayton & Beveridge
      127 Woodmont Boulevard
      Nashville, TN 37201

      /s/ John R. Tarpley