IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, a minor, Suing by his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BLITZ USA, INC.; LAM HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC<br><br>Defendants. | Case No. 1:10-CV-0115<br>JUDGE HAYNES<br><br><br><br><br>**NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS** |

PLEASE BE ADVISED that on November 9, 2011, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC (collectively, the "Debtors") commenced bankruptcy cases in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, *et seq.* (the "Bankruptcy Code"). The Debtors' chapter 11 cases are now pending before The Honorable Peter J. Walsh, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re Blitz U.S.A., Inc., et al.*, Chapter 11 Case No. 11-13603 (PJW).

PLEASE BE FURTHER ADVISED that pursuant to Section 362 of the Bankruptcy Code, as of the commencement of the Debtors' chapter 11 cases, the above-captioned action has

been automatically stayed as against the Debtor-defendant(s). Section 362 of the Bankruptcy Code provides, in part, that "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [chapter 11], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 11]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy] case..." 11 U.S.C. §§ 362(a)(1) & (6).

PLEASE BE FURTHER ADVISED that additional information regarding the status of the Debtors' chapter 11 cases may be obtained by reviewing the docket of the chapter 11 cases electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or by contacting counsel for the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street, Wilmington, Delaware 19801, (302) 651-7700 (Attn: Marcos A. Ramos, Esq. and Robert C. Maddox, Esq.).

Dated: November 11, 2011
      Wilmington, Delaware

Daniel J. DeFranceschi (No. 2732)
Michael J. Merchant (No. 3854)
Marcos A. Ramos (No. 4450)
Robert C. Maddox (No. 5356)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

*Proposed Attorneys for the Debtors*

RLF1 5586794v. 1

2

Case 1:10-cv-00115   Document 91   Filed 11/15/11   Page 2 of 3 PageID #: 496

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of November, 2011, he caused a copy of the foregoing *Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of Proceedings* to be served upon the following parties in the manner indicated below:

**By First Class Mail:**

Hank Anderson
Benton Gaines Ross
Gant Grimes
ANDERSON LAW FIRM
4245 Kemp Boulevard
Suite 810
Wichita Falls, TX 76308

Randall Loftin Kinnard
Daniel L. Clayton
KINNARD, CLAYTON & BEVERIDGE
The Woodlawn
127 Woodmont Boulevard
Nashville, TN 37205

Wallace Wordsworth Dietz
Wendy M. Warren
BASS, BERRY & SIMS
150 Third Avenue South
Suite 2800
Nashville, TN 37201

Pamila Gudkov
Timothy P. Harkness
FRESHFIELDS BRUCKHANS DERINGER
601 Lexington Avenue, 31st Floor
New York, NY 10022

                                                     Robert C. Maddox (No. 5356)