IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> BLITZ U.S.A., INC.; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC. <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 1:10-cv-00115 ) JUDGE HAYNES ) ) JURY DEMANDED ) ) ) ) ) ) ) |

## JOINT STIPULATION FOR ENLARGEMENT OF TIME

COME NOW Defendant, Kinderhook Capital Fund II, L.P. ("Kinderhook"), and Plaintiffs, Dylan J. Trevino, A Minor, Suing By his Next Friend and Guardian, Diana Trevino, and Diana Trevino, Individually, hereby stipulate that Plaintiffs shall have up to and including January 6, 2012, to file their opposition memorandum to Kinderhook's motion to dismiss [Docket No. 81]. The parties further stipulate that Kinderhook shall have up to and including January 27, 2012, to file its reply memorandum. Both parties agree that entering into this stipulation is without prejudice to any of their claims or defenses including, without limitation, either party's ability to seek relief from the United States Bankruptcy Court for the District of Delaware [Docket No. 91] or Kinderhook Capital Fund II L.P.'s ability to seek a stay from this Court.

Respectfully submitted,

By: s/ Hank Anderson
Hank Anderson
Texas Bar No. 01220500
Benton G. Ross
Texas Bar No. 01220500
THE ANDERSON LAW FIRM
4245 Kemp Blvd., Suite 810
Wichita Falls, Texas 76308
Tel: (940) 691-7600
Fax: (940) 228-3194
*Admitted Pro Hac Vice*

By: s/ Randy Kinnard
Randall L. Kinnard  #4714
Daniel Clayton       #12600
KINNARD, CLAYTON & BEVERIDGE
127 Woodmont Boulevard
Nashville, TN 37205
Tel: (615) 297-1007
Fax: (615) 297-1505

**ATTORNEYS FOR PLAINTIFFS**

By: s/ Timothy Haekness
Timothy P. Harkness
(N.Y. Bar No. TH 9026)
FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 277-4000
Fax: (212) 277-4001
*Admitted Pro Hac Vice*

By: Wallace Dietz
Wallace W. Dietz (#009949)
Wendy M. Warren (#021880)
BASS, BARRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Tel: (615) 742-6276
Fax: (615) 742-2776

**ATTORNEYS FOR DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.**