# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

DYLAN J. TREVINO, a minor, suing by )
his next friend and guardian, DIANA )
TREVINO, and DIANA TREVINO, )
individually, )
        )
      **Plaintiffs,** )
        )     **No. 1:10-cv-115**
**v.** )     **JUDGE HAYNES**
        )
**BLITZ USA, INC.; LAM HOLDINGS, LLC,** )
**f/k/a BLITZ HOLDINGS, LLC;** )
**KINDERHOOK CAPITAL FUND II, L.P.;** )
**BLITZ ACQUISITION HOLDINGS, INC.;** )
**BLITZ ACQUISITION, LLC;** )
**and BLITZ RE HOLDINGS, LLC,** )
        )
      **Defendants.** )

## O R D E R

Upon notice that Defendants, Blitz U.S.A., Inc., LAM 2011 Holdings, LLC, Blitz

Acquisition Holdings, Inc., Blitz Acquisition, LLC, Blitz RE Holdings and F3 Brands, LLC

(collectively, the "Debtors") commenced bankruptcy proceedings in the United States

Bankruptcy Court for the District of Delaware, Plaintiffs' claims against these defendants are

**TRANSFERRED** to the United States Bankruptcy Court for the District of Delaware where the

action is pending.

It is so **ORDERED**.

**ENTERED** this the _29th_ day of November, 2011.

                     WILLIAM J. HAYNES, JR.
                     United States District Judge