IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **DYLAN J. TREVINO, A Minor, Suing By His Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually,** | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No: 1:10-cv-00115 |
| v. | ) ) |
| | ) JUDGE HAYNES |
| **BLITZ U.S.A., INC.; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC,** | ) ) JURY DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) |

### DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.'S MOTION TO TRANSFER OR, IN THE ALTERNATIVE, STAY

Defendant Kinderhook Capital Fund II, L.P. ("Kinderhook") respectfully submits, by special appearance, this Motion to transfer Plaintiffs' claim against Kinderhook to the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 1412 and 28 U.S.C. § 1404 or, in the alternative, to stay the claim pursuant to 11 U.S.C. § 362(a) and the Court's inherent power to manage its docket. This motion is made in the alternative to Kinderhook's pending motion to dismiss, filed November 7, 2011, and Kinderhook does not waive any rights or defenses to lack of personal jurisdiction by this special appearance.

Dated: December 22, 2011　　　　　　　**BASS, BERRY & SIMS PLC**

　　　　　　　　　　　　　　　　　　　　/s/  Wendy. M. Warren
　　　　　　　　　　　　　　　　　　　Wallace W. Dietz (#009949)
　　　　　　　　　　　　　　　　　　　Wendy M. Warren (#021880)
　　　　　　　　　　　　　　　　　　　150 Third Avenue South, Suite 2800
　　　　　　　　　　　　　　　　　　　Nashville, TN  37201
　　　　　　　　　　　　　　　　　　　Telephone:  (615) 742-6200
　　　　　　　　　　　　　　　　　　　Facsimile:   (615) 742-0417

　　　　　　　　　　　　　　　　　　　**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
　　　　　　　　　　　　　　　　　　　Timothy P. Harkness (admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　Pamila Gudkov (admitted Pro Hac Vice)
　　　　　　　　　　　　　　　　　　　601 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　Telephone:   (212) 277-4000
　　　　　　　　　　　　　　　　　　　Facsimile:   (212) 277-4001

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Kinderhook Capital Fund II, L.P.*

## CERTIFICATE OF SERVICE

　　　I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 22nd day of December, 2011, which will send a notice of electronic filing to the following:

　　　David Jones, Esq.
　　　Logan & Lowry, LLP
　　　102 East 3rd Street
　　　Grove, OK  74345-2469

　　　Hank Anderson, Esq.
　　　Anderson Law Firm
　　　4245 Kemp Blvd.
　　　Suite 810
　　　Wichita Falls, TX  76308

　　　Daniel L. Clayton, Esq.
　　　Randall L. Kinnard, Esq.
　　　Kinnard, Clayton & Beveridge
　　　127 Woodmont Boulevard
　　　Nashville, TN  37201

　　　　　　　　　　　　　　　　　　　/s/　　Wendy M. Warren
　　　　　　　　　　　　　　　　　　　　　　Wendy M. Warren