IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
**COLUMBIA DIVISION**

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>KINDERHOOK CAPITAL FUND II, L.P.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:10-cv-00115<br>) JUDGE HAYNES<br>)<br>) JURY DEMANDED<br>)<br>) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

COME NOW Plaintiffs, Dylan J. Trevino, A Minor, Suing By his Next Friend and Guardian, Diana Trevino, and Diana Trevino, Individually, and pursuant to LR 7.01 and Rule 26(c) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order allowing Plaintiffs to file all the exhibits cited in their Opposition to Kinderhook Capital Fund II, L.P. Motion to Dismiss. [Docket No. 97].

DATED this 9th day of January, 2012.

Respectfully submitted,

THE ANDERSON LAW FIRM


By: /s/ Hank Anderson
    Hank Anderson,
    Texas Bar No. 01220500
    Benton G. Ross,
    Texas Bar No. 24068124
    THE ANDERSON LAW FIRM
    4245 Kemp Blvd., Suite 810
    Wichita Falls, Texas 76308
    T: (940) 691-7600
    F: (940) 228-3194
    *Admitted Pro Hac Vice*

    And

    Randall L. Kinnard  # 4714
    Daniel L. Clayton    #12600
    KINNARD, CLAYTON & BEVERIDGE
    127 Woodmont Boulevard
    Nashville, Tennessee
    T: (615) 297-1007
    F: (615) 297-1505
    **ATTORNEYS FOR PLAINTIFFS**

# CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of January, 2012, a true and correct copy of the above and forgoing, has been sent to the following counsel of record by means indicated below:

*Via* **CM/ECF**
Wallace Wordsworth Dietz
Wendy M. Warren
Bass, Berry & Sims (Nashville)
150 Third Avenue South
Suite 2800
Nashville, TN 37201

*Via* **CM/ECF**
Timotrhy P. Harknes
FRESHFIELDS BRUCHHAUS DERINGER
601 Lexington Avenue, 31st Floor
New York, NY 10022


COUNSEL FOR DEFENDANT KINDERHOOK
CAPITAL FUND II, L.P.


                                              /s/ Hank Anderson
                                              Attorney for Plaintiffs