IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
<u>COLUMBIA DIVISION</u>

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually, <br><br> Plaintiffs, <br><br> vs. <br><br> KINDERHOOK CAPITAL FUND II, L.P., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:10-cv-00115 <br> ) JUDGE HAYNES <br> ) <br> ) JURY DEMANDED <br> ) <br> ) |

## <u>PLAINTIFFS' MOTION FOR LEAVE TO FILE AMENDED COMPLAINT</u>

COME NOW Plaintiffs, Dylan J. Trevino, A Minor, Suing By his Next Friend and Guardian, Diana Trevino, and Diana Trevino, Individually, by and through their counsel of record, and pursuant to Rule 15(a) of the Federal Rules of Civil Procedure and the Scheduling Order governing this case [Docket No. 29], hereby requests leave of this Court to amend their Complaint, and in support of their motion state the following:

**I.   BACKGROUND**

1.   This action was originally filed one year ago seeking to recover damages[1] under the Tennessee Products Liability Act, Tenn. Code Ann. § 29-28-101, *et seq*., against the world's largest manufacturer of plastic gasoline containers, Blitz U.S.A., Inc., for failing to include a safety device, generally referred to as a "flame arrestor," in the plastic gasoline container model that exploded and severely burned the minor plaintiff, Dylan Trevino, on December 23, 2009. [Docket No. 1].

---

[1] Plaintiffs also sought recovery under claims of Negligence, Negligent Misrepresentation, and Recklessness.

2. On September 9, 2011, Plaintiffs amended their original complaint to include the five corporate affiliates that own, directly or indirectly, Blitz U.S.A., Inc. [Docket No. 46].

3. On November 9, 2011, Blitz U.S.A., Inc. and its five corporate affiliates filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court for the District of Delaware, save and except their ultimate parent and majority shareholder-Kinderhook Capital Fund II, L.P. [Docket No. 91].

4. On November 29, 2011, Plaintiffs' product liability action against Blitz U.S.A., Inc. and its corporate affiliates was transferred to the United States Bankruptcy Court for the District of Delaware. [Docket No. 94].[2]

**II.  Amendments to Complaint**

Plaintiffs' propose to add additional factual information recently made available by the former Blitz Defendants Chapter 11 filings in the United States Bankruptcy Court for the District of Delaware relating to Count Seven of Plaintiffs' First Amended Complaint for Damages. Plaintiffs also seek to add a new Defendant – Kinderhook Industries, LLC.

The amendments proposed by Plaintiffs will not unduly prejudice Defendant Kinderhook Capital Fund II, L.P. and will not unduly delay this case.

**III.  Conclusion**

Plaintiffs seek to file their Second Amended Complaint for Damages, attached hereto as Exhibit "A," and respectfully request leave of this Court to file such Second Amended Complaint for Damages.

DATED this 9th day of January, 2012.

---

[2] *See also* Adversary Proceeding #: 11-53892-PJW, U.S. Bankruptcy Court for the District of Delaware.

By: /s/ Hank Anderson
Hank Anderson,
Texas Bar No. 01220500
Benton G. Ross,
Texas Bar No. 24068124
THE ANDERSON LAW FIRM
4245 Kemp Blvd., Suite 810
Wichita Falls, Texas 76308
T: (940) 691-7600
F: (940) 228-3194
*Admitted Pro Hac Vice*

And

Randall L. Kinnard # 4714
Daniel L. Clayton #12600
KINNARD, CLAYTON & BEVERIDGE
127 Woodmont Boulevard
Nashville, Tennessee
T: (615) 297-1007
F: (615) 297-1505

**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of January, 2012, a true and correct copy of the above and forgoing, has been sent to the following counsel of record by means indicated below:

*Via* **CM/ECF**
Wallace Wordsworth Dietz
Wendy M. Warren
Bass, Berry & Sims (Nashville)
150 Third Avenue South
Suite 2800
Nashville, TN 37201

*Via* **CM/ECF**
Timotrhy P. Harknes
FRESHFIELDS BRUCHHAUS DERINGER
601 Lexington Avenue, 31st Floor
New York, NY 10022


COUNSEL FOR DEFENDANT KINDERHOOK
CAPITAL FUND II, L.P.

                                                /s/ Hank Anderson
                                                 Attorney for Plaintiffs