| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually, | ) ) ) ) ) |
| Plaintiffs, | ) ) Civil Action No. 1:10-cv-00115 |
| vs. | ) JUDGE HAYNES ) |
| KINDERHOOK CAPITAL FUND II, L.P., | ) JURY DEMANDED ) |
| Defendant. | ) |

*[handwritten: OWEN / This motion is GRANTED / [signature] / 1-12-10]*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

COME NOW Plaintiffs, Dylan J. Trevino, A Minor, Suing By his Next Friend and Guardian, Diana Trevino, and Diana Trevino, Individually, and pursuant to LR 7.01 and Rule 26(c) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Order allowing Plaintiffs to file all the exhibits cited in their Opposition to Kinderhook Capital Fund II, L.P. Motion to Dismiss. [Docket No. 97].

DATED this 9th day of January, 2012.

Respectfully submitted,