# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

| | | |
|---|---|---|
| DYLAN J. TREVINO, A Minor, Suing | ) | |
| By His Next Friend and Guardian, | ) | |
| DIANA TREVINO, and DIANA | ) | |
| TREVINO, Individually, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civil Action No: 1:10-cv-00115 |
| v. | ) | |
| | ) | JUDGE HAYNES |
| BLITZ U.S.A., INC.; LAM 2011 | ) | |
| HOLDINGS, LLC, f/k/a BLITZ | ) | JURY DEMANDED |
| HOLDINGS, LLC; KINDERHOOK | ) | |
| CAPITAL FUND II, L.P.; BLITZ | ) | |
| ACQUISITION HOLDINGS, INC.; | ) | |
| BLITZ ACQUISITION, LLC; and | ) | |
| BLITZ RE HOLDINGS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.'S
## MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

On December 22, 2011, Defendant Kinderhook Capital Fund II, L.P. filed a Motion to Transfer Plaintiffs' veil piercing claim to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1412 and 28 U.S.C. § 1404 or, in the alternative, to stay the claim pursuant to 11 U.S.C. § 362(a) and the Court's inherent power to manage its docket. On January 9, 2012, Plaintiffs filed an untimely Response to Defendant's Motion. Pursuant to Local Rule 7.01, Defendant seeks leave of Court to file the Reply Memorandum attached hereto as **Exhibit A**.

Dated: January 12, 2012

Respectfully submitted,

**BASS, BERRY & SIMS PLC**

/s/ Wendy M. Warren
Wallace W. Dietz (#009949)
Wendy M. Warren (#021880)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-0417

**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Timothy P. Harkness (admitted Pro Hac Vice)
Pamila Gudkov (admitted Pro Hac Vice)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

***Attorneys for Defendant Kinderhook Capital Fund II, L.P.***

<u>**CERTIFICATE OF SERVICE**</u>

I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 12th day of January, 2012, which will send a notice of electronic filing to the following:

David Jones, Esq.
Logan & Lowry, LLP
102 East 3rd Street
Grove, OK  74345-2469

Hank Anderson, Esq.
Anderson Law Firm
4245 Kemp Blvd.
Suite 810
Wichita Falls, TX  76308

Daniel L. Clayton, Esq.
Randall L. Kinnard, Esq.
Kinnard, Clayton & Beveridge
127 Woodmont Boulevard
Nashville, TN  37201


/s/ Wendy M. Warren
Wendy M. Warren