AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing by his Next Friend and Guardian, DIANA TREVINO, et al.<br>*Plaintiff*<br>v.<br>Kinderhook Capital Fund II, L.P., and Kinderhook Industries, LLC.<br>*Defendant* | Civil Action No. 1:10-cv-00115 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kinderhook Industries, LLC
Attn: Registered Agent
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KINNARD, CLAYTON & BEVERIDGE          ANDERSON LAW FIRM
Randy Kinnard, Esq.                              Hank Anderson, Esq.
127 Woodmont Blvd.                               4245 Kemp Blvd., Suite 810
Nashville, TN 37205                               Wichita Falls, TX 76308

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date: _____**JAN 1 3 2012**_____          _____
*Signature of Clerk or Deputy Clerk*