IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

DYLAN J. TREVINO, A Minor, Suing )
By His Next Friend and Guardian, )
DIANA TREVINO, and DIANA )
TREVINO, Individually, )
)
Plaintiffs, )
) Civil Action No: 1:10-cv-00115
v. )
) JUDGE HAYNES
BLITZ U.S.A., INC.; LAM 2011 )
HOLDINGS, LLC, f/k/a BLITZ ) JURY DEMANDED
HOLDINGS, LLC; KINDERHOOK )
CAPITAL FUND II, L.P.; BLITZ )
ACQUISITION HOLDINGS, INC.; )
BLITZ ACQUISITION, LLC; and )
BLITZ RE HOLDINGS, LLC, )
)
Defendants. )

*OK, DEN,*
*This motion*
*is GRANTED*
*[signature]*
*1-13-12*

**DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.'S
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

On December 22, 2011, Defendant Kinderhook Capital Fund II, L.P. filed a Motion to Transfer Plaintiffs' veil piercing claim to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1412 and 28 U.S.C. § 1404 or, in the alternative, to stay the claim pursuant to 11 U.S.C. § 362(a) and the Court's inherent power to manage its docket. On January 9, 2012, Plaintiffs filed an untimely Response to Defendant's Motion. Pursuant to Local Rule 7.01, Defendant seeks leave of Court to file the Reply Memorandum attached hereto as Exhibit A.