| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By His Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BLITZ U.S.A., INC.; LAM 2011 HOLDINGS, LLC, f/k/a BLITZ HOLDINGS, LLC; KINDERHOOK CAPITAL FUND II, L.P.; BLITZ ACQUISITION HOLDINGS, INC.; BLITZ ACQUISITION, LLC; and BLITZ RE HOLDINGS, LLC,<br><br>Defendants. | Civil Action No: 1:10-cv-00115<br><br>JUDGE HAYNES<br><br>JURY DEMANDED |

*[Handwritten notation: "Granted. This motion is granted. S/ [signature] 1-17-12"]*

## DEFENDANT KINDERHOOK CAPITAL FUND II, L.P.'S AMENDED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

On December 22, 2011, Defendant Kinderhook Capital Fund II, L.P. filed a Motion to transfer Plaintiffs' veil piercing claim to the United States District Court for the District of Delaware pursuant to 28 U.S.C. § 1412 and 28 U.S.C. § 1404 or, in the alternative, to stay the claim pursuant to 11 U.S.C. § 362(a) and the Court's inherent power to manage its docket. On January 9, 2012, Plaintiffs filed a Response to Defendant's Motion. Pursuant to Local Rule 7.01, Defendant seeks leave of Court to file the Reply Memorandum attached hereto as Exhibit A.[1]

---

[1] Our prior Motion mistakenly indicated that Plaintiffs' Response was untimely. We apologize for the error and have attached a revised Reply Memorandum.