IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By His Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually,<br><br>　　Plaintiffs,<br><br>v.<br><br>KINDERHOOK INDUSTRIES LLC and KINDERHOOK CAPITAL FUND II, L.P.,<br><br>　　Defendants. | Civil Action No: 1:10-cv-00115<br><br>JUDGE HAYNES |

### DEFENDANTS KINDERHOOK INDUSTRIES, LLC AND KINDERHOOK CAPITAL FUND II, L.P.'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM

On January 30, 2012, Defendants Kinderhook Industries LLC and Kinderhook Capital Fund II, L.P. filed a Motion to dismiss Plaintiffs' Second Amended Complaint dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. On February 9, 2012, Plaintiffs filed a Response in Opposition to Defendants' Motion. Pursuant to Local Rule 7.01, Defendants seek leave of Court to file the Reply Memorandum attached hereto as Exhibit A.

Dated: February 22, 2012

                Respectfully submitted,

**BASS, BERRY & SIMS PLC**

/s/ Wendy M. Warren
Wallace W. Dietz (#009949)
Wendy M. Warren (#021880)
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
Facsimile: (615) 742-0417


**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
Timothy P. Harkness (admitted Pro Hac Vice)
Pamila Gudkov (admitted Pro Hac Vice)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 277-4000
Facsimile: (212) 277-4001

*Attorneys for Defendant Kinderhook Capital Fund II, L.P.*

**CERTIFICATE OF SERVICE**

      I do hereby certify I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 22nd day of February, 2012, which will send a notice of electronic filing to the following:

    Hank Anderson, Esq.
    Anderson Law Firm
    4245 Kemp Blvd.
    Suite 810
    Wichita Falls, TX  76308

    Daniel L. Clayton, Esq.
    Randall L. Kinnard, Esq.
    Kinnard, Clayton & Beveridge
    127 Woodmont Boulevard
    Nashville, TN  37201

                                                /s/ Wendy M. Warren
                                                Wendy M. Warren