IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing<br>By His Next Friend and Guardian,<br>DIANA TREVINO, and DIANA<br>TREVINO, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>KINDERHOOK INDUSTRIES LLC<br>and KINDERHOOK CAPITAL<br>FUND II, L.P.,<br><br>    Defendants. | Civil Action No: 1:10-cv-00115<br><br>JUDGE HAYNES |

**DEFENDANTS KINDERHOOK INDUSTRIES, LLC
AND KINDERHOOK CAPITAL FUND II, L.P.'S
MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM**

On January 30, 2012, Defendants Kinderhook Industries LLC and Kinderhook Capital Fund II, L.P. filed a Motion to dismiss Plaintiffs' Second Amended Complaint dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. On February 9, 2012, Plaintiffs filed a Response in Opposition to Defendants' Motion. Pursuant to Local Rule 7.01, Defendants seek leave of Court to file the Reply Memorandum attached hereto as Exhibit A.

*[Handwritten note on right side: "ORDER / This motion is GRANTED / [signature] / 2-24-12"]*