IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
**COLUMBIA DIVISION**

| | |
|---|---|
| DYLAN J. TREVINO, A Minor, Suing By his Next Friend and Guardian, DIANA TREVINO, and DIANA TREVINO, Individually, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. 1:10-cv-00115 ) JUDGE HAYNES ) |
| KINDERHOOK CAPITAL FUND II, L.P.; and KINDERHOOK INDUSTRIES, LLC. | ) ) ) ) |
| Defendants. | ) JURY DEMANDED |

*[Handwritten notations: "Denied Thereafter GRANTED ... 3-1-12"]*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY

COME NOW Plaintiffs, Dylan J. Trevino, A Minor, Suing By his Next Friend and Guardian, Diana Trevino, and Diana Trevino, Individually, by and through their counsel of record, and pursuant to Local Rule 7.01, Plaintiffs seek leave of Court to file a surreply memorandum attached hereto as Exhibit "A," and state the following in support of their motion:

1. On January 30, 2012, Defendants Kinderhook Industries LLC and Kinderhook Capital Fund II, L.P. filed a Motion to dismiss Plaintiffs' Second Amended Complaint dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. [Docket No. 113].

2. On February 9, 2012, the Trevinos filed their opposition memorandum to the Kinderhook Defendants motion to dismiss. [Docket No. 115].

3. On February 24, the Court granted the Kinderhook Defendants' motion for leave to file their reply memorandum. [Docket Nos. 117 & 118].